UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-0598 (PLF) |
| | ) | |
| TERENCE SUTTON | ) | |
| and | ) | |
| ANDREW ZABAVSKY, | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM

## COUNT ONE

### A. Murder in the Second Degree

The jury unanimously finds defendant Terence Sutton:

_____          ✓_____
NOT GUILTY                    GUILTY

You should consider first whether Terence Sutton is guilty of second degree murder. If you find Mr. Sutton GUILTY of second degree murder in Section A, you must NOT go on to the other charge in Section B. If you find Mr. Sutton NOT GUILTY of second degree murder in Section A, go on to consider involuntary manslaughter in Section B.

### B. Involuntary Manslaughter

The jury unanimously finds defendant Terence Sutton:

_____          _____
NOT GUILTY                    GUILTY

## COUNT THREE (OBSTRUCTION OF JUSTICE)

The jury unanimously finds defendant Terence Sutton:

_____          ____✓_____
NOT GUILTY                GUILTY


The jury unanimously finds defendant Andrew Zabavsky:

_____          ____✓_____
NOT GUILTY                GUILTY


## COUNT TWO (CONSPIRACY)

The jury unanimously finds defendant Terence Sutton:

_____          ____✓_____
NOT GUILTY                GUILTY


The jury unanimously finds defendant Andrew Zabavsky:

_____          ____✓_____
NOT GUILTY                GUILTY


If you find either defendant Terence Sutton or defendant Andrew Zabavsky guilty of this offense, please identify in the following blank which overt act(s) listed in the Appendix to the jury instructions that you unanimously agree were committed by either of the defendants. Please identify the overt act(s) by paragraph number:

____Overt Act #13_____

_____

2

12/21/22
**Date**

**Signature of Foreperson**

3