**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | Case No: 1:21-cr-598-PLF |
| v. | : | |
| | : | Judge Paul L. Friedman |
| TERENCE SUTTON, et al. | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' JOINT MOTION FOR RELIEF FROM SENTENCE**

The Defendants, Lieutenant Andrew Zabavsky and Officer Terence Sutton, hereby move the Court to order the return of the special assessments ordered on September 12, 2024.

On September 12, 2024, the Court ordered that Lt. Zabavsky pay a special assessment of $200 and that Officer Sutton pay a special assessment for $300 as part of their sentences.

On January 22, 2025, President Donald J. Trump issued the Full and Unconditional Pardons of Andrew Zabavsky and Terence Sutton, relieving them from the sentences against them. *See* White House, Executive Grant of Clemency for Andrew Zabavsky (Jan. 22, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/executive-grant-of-clemency-for-andrew-zabavsky; White House, Executive Grant of Clemency for Terence Sutton (Jan. 22, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/executive-grant-of-clemency-for-terence-sutton/.

As such, the Court must order the release of the special assessments to defendants Andrew Zabavsky and Terence Sutton.

Dated: June 26, 2025

Respectfully Submitted,

*/s/ Christopher Zampogna*
Christopher Zampogna
Bar No. 449851
Zampogna, P.C.
1775 I St NW Ste 1150
Washington, DC 20006
(202)223-6635 ext. 101
caz@zampognalaw.com

*/s/ Abraham Bluestone*
Abraham Bluestone
Bar No. 1780408
Zampogna, P.C.
1775 I St. NW Ste 1150
Washington, DC 20006
(202)223-6635 ext. 102
ab@zampognalaw.com

*Counsel for Andrew Zabavsky*

s/J. Michael Hannon
J. Michael Hannon, # 352526
HANNON LAW, PLLC
2101 L Street, NW
Suite 300
Washington, DC 20037
Tel: (202) 365-5561
jhannon@hannonlawpllc.com

*Counsel for Terence Sutton*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | Case No: 1:21-cr-598-PLF |
| v. | : | |
| | : | Judge Paul L. Friedman |
| TERENCE SUTTON, et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the Defendants' Joint Motion for Relief from Sentence, and upon the entire record, it is on this ______ day of _______, 2025, **HEREBY ORDERED** that

Defendant's Joint Motion for Relief from Sentence is **GRANTED**; that

The Clerk shall return two-hundred dollars ($200) to Andrew Zabavsky; and that

The Clerk shall return three-hundred dollars ($300) to Terence Sutton.

**SO ORDERED**

____________________
Hon. Paul Friedman